UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 3:24-00187 |
| v. ) | JUDGE CRENSHAW |
| ) | |
| DEWAYNE HUMBLES ) | |

### UNOPPOSED MOTION TO RETURN TO STATE CUSTODY

Dewayne Humbles, through undersigned counsel, requests to be returned to state custody pending further proceedings in the instant federal case.

In support of this motion, Mr. Humbles asserts the following:

1. Mr. Humbles is in the primary custody of the Davidson County Sheriff's Department in Nashville, Tennessee, with pending state charges.

2. Mr. Humbles was brought to federal custody on a writ from Davidson County.

3. Mr. Humbles is requesting to be returned to state custody to have better access to his state and federal lawyers and to be able to attend upcoming state court appearances.

4. Mr. Humbles understands that the federal charges have not yet been resolved and that under the Interstate Agreement on Detainers (IAD), he has the right to resolve the federal charges prior to being returned to the State of Tennessee. Mr. Humbles has advised that if returned to state custody, he will not subsequently raise any legal challenges to the federal prosecution based upon the Interstate Agreement on Detainers Act, 18 U.S.C. App. 2.

5. Mr. Humbles has signed a written waiver of rights under the Interstate Agreement on Detainers, which is attached to this motion.

6. Defense counsel agrees to seek appropriate writs as needed to return Mr. Humbles to federal custody for federal court proceedings.

7. The Government has no objections to this request.

For the reasons stated above, Mr. Humbles moves the Court to order him to be returned to state custody of the Davidson County Sheriff's Department, pending further proceedings in this matter.

Respectfully submitted,

/s/ *Jessica M. Dragonetti*
JESSICA M. DRAGONETTI (BPR# 34215)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: Jessica_dragonetti@fd.org

Attorney for Dewayne Humbles

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2024, I electronically filed the foregoing *Unopposed Motion to Return to State Custody* with the U.S. District Court Clerk by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Emily Petro, Assistant U.S. Attorney, 719 Church Street, Suite 3300, Nashville, Tennessee, 37203.

/s/ *Jessica M. Dragonetti*
JESSICA M. DRAGONETTI